IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GARY REED AKA DAVID
PHILLIPS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D16-4236

v.

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed April 6, 2017.

An appeal from the Circuit Court for Bay County.
Brantley S. Clark, Judge.

Pro Se, for Appellant.

Pamela Jo Bondi, Attorney General, Sharon Traxler, Assistant Attorney General, for
Appellee.

PER CURIAM.

     DISMISSED.

WETHERELL, MAKAR, and KELSEY, JJ., CONCUR.